## CHARLEY OLIVER v. STATE.

No. A-1206.  Opinion Filed January 23, 1912.

Appeal from Seminole County Court; T. S. Cobb,. Judge.

Charley Oliver was convicted of violating the prohibitory law, and appeals.  Affirmed.

Crump, Fowler & Skinner, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  Plaintiff in error was convicted in the county court of Seminole county, at the January, 1911, term, on a charge of unlawfully selling intoxiacting liquors, and on the 13th day of March, thereafter. was sentenced by the court in accordance with the verdict of the jury, to pay a fine of one hundred dollars and be confined in the county jail for a period of sixty days.  No briefs have been filed on behalf of plaintiff in error, and no appearance made for oral argument. The Attorney General has filed a motion to affirm for want of prosecution, under rule 4 of this court.  The motion is well taken and is sustained.  The judgment of the trial court is affirmed.

---

## JAMES SHELTON v. STATE.

No. A-1208.  Opinion Filed January 23, 1912.

Appeal from Johnston County Court; Nick Wolfe, Judge.

James Shelton was convicted of violating the prohibitory law, and appeals.  Appeal dismissed.

J. B. O'Bryan, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  Plaintiff in error was convicted in the county court of Johnston county, at the January, 1911, term, on a charge of unlawfully conveying liquors, and was sentenced to pay a fine of fifty dollars and be confined in the county jail for a period of thirty days.  Under the statute plaintiff in error had 60 days from the date judgment was rendered to file his appeal in this court, no order having been made extending the time.  The appeal was filed in this court on the 20th day of June, many days after time had expired within which the appeal could be filed under the law.  This court is without jurisdiction to review the errors complained of, and can only dismiss the appeal.  Counsel should see that their appeals are perfected in this court in order that the rights of their clients may be properly preserved.  Let the appeal be dismissed, on motion of the Attorney General.